# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2015

## NO. 03-13-00585-CR

**Trent Kendall Stanley, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order denying relief signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying relief. Therefore, the Court affirms the trial court's order denying relief. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.